# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AFFAN SIRAJ ZUHAYR EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-cv-00520-RWS |
| ) | |
| JOHN BODENHAUSEN, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. Plaintiff Affan Siraj Zuhayr El has filed a civil action on May 11, 2022. However, he has not filed a motion for leave to proceed in forma pauperis or paid the filing fee. Instead, plaintiff has submitted an "Affidavit of Financial Statement," in which he argues that all debts are "payable in gold or silver coin," that he does not have any gold or silver coins, and that any demand for a financial statement is "an instrument to deny [him] due process of law and [his] right to free access of the Courts." (Docket No. 2).

This filing does not comply with 28 U.S.C. § 1915, which requires a person seeking in forma pauperis status to submit "an affidavit that includes a statement of all assets" the individual possesses. *See* 28 U.S.C. § 1915(a)(1). As such, plaintiff will be directed to either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order. If plaintiff fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of its motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff must either file a motion for leave to proceed in forma pauperis on the Court-provided form or pay the full filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed in forma pauperis on the Court-provided form or pay the full filing fee within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 30th day of June, 2022.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE